# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   Plaintiff,<br><br>   v.<br><br>**STATE OF RHODE ISLAND and THE CITY OF PROVIDENCE**<br><br>   Defendants. | Case No.    CA 13-442 |

## JOINT FILING IN ADVANCE OF NOVEMBER 30, 2017 STATUS CONFERENCE

In advance of the status conference scheduled for November 30, 2017, the parties jointly submit the following summary of topics for discussion. The parties have agreed to limit the scope of this status conference to the State of Rhode Island's compliance with the Interim Settlement Agreement (ISA) (ECF No. 4-3), with consideration of the City of Providence's compliance deferred to the next status conference.

The parties' presentations to the Court will include discussion of (1) the status of the State of Rhode Island's compliance with its obligations under the ISA, including but not limited to the State's compliance with the Court's June 23, 2017 Order for Compliance with the Outstanding Interim Settlement Agreement Requirements (ECF No. 20); (2) the State's remediation plan, including benchmarks and timelines, to address all outstanding ISA requirements; and (3) any other compliance related issues that the Court or the parties deem relevant. In addition, the parties will request that the Court set the next status conference on ISA compliance for late March or early April 2018.

Dated: November 28, 2017

Respectfully submitted,

| For the State of Rhode Island: | For the United States of America: |
|---|---|
| */s/ Marc DeSisto* | |
| Marc DeSisto, Esq. | Anne R. Raish, Acting Chief |
| DeSisto Law | Elizabeth S. Westfall, Deputy Chief |
| 211 Angell St. | |
| Providence, RI 02906 | */s/ Nicole Kovite Zeitler* |
| | Nicole Kovite Zeitler |
| | Victoria Thomas |
| | Trial Attorneys |
| | Disability Rights Section |
| | Civil Rights Division |
| | |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. |
| | Washington, D.C.  20530 |