# Judge John Mconnel Jr.

Chris Torgovec

Wed 3/28/2018 8:26 PM

To: Suzanne Pagano <spagano@spurwinkri.org>;

Dear Judge John Mconnel JR

I am writing to you in hopes of getting you to help stop the governors plan to cut 18 million dollars from the budget for I/DD services. These services already have problems financially and these cuts would be a disaster. I am a parent with a child who has autism and when he has moments of rage it gets very unsafe for everyone, It kills me but he is currently living at a group home that Spurwink has provided and he has started to work a few hours during the week, so he is doing well there but im afraid of would could happen if these services would go away. It would not be a good thing for anyone. Im sure there are other places to make cuts but not to people that actually need help.

Thank You

Chris Torgovec