UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
    *Plaintiff,*

v.

                        C.A. No. 1:13-cv-00442-JJM-PAS

STATE OF RHODE ISLAND
    *Defendant.*

## **PROPOSED ORDER**

    The Parties through Counsel and Court Monitor, Dr. Antosh, having met in a Chamber's Conference on February 10, 2020 before the Honorable Justice John J. McConnell, it is hereby,

## **ORDERED, ADJUDGED, AND DECREED**

    The Court adopts, with the agreement of the Parties, the process for achieving Substantial Compliance for the remaining ISA requirements as set forth in the report of Dr. Antosh, ECF No. 101 filed on February 7, 2020.

IT IS SO ORDERED

_____
John J. McConnell, Jr.
United States District Judge

Defendant,
By their Attorneys,

*/s/ Marc DeSisto*
*/s/ Kathleen A. Hilton*
Marc DeSisto, Esq. (#2757)
Kathleen A. Hilton, Esq. (#9473)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
marc@desistolaw.com
katie@desistolaw.com

CERTIFICATE OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 28th day of February 2020 and is available for viewing and downloading from the ECF system.

| | |
|---|---|
| Amy Retsinas Romero, Esq. | Nicole K. Zeitler, Esq. |
| Amy.romero@usdoj.gov | Nicole.zeitler@usdoj.gov |
| | |
| Jillian Lenson, Esq. | Victoria L. Thomas, Esq. |
| Jillian.Lenson2@usdoj.gov | Victoria.Thomas@doj.gov |

*/s/ Marc DeSisto*