UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>STATE OF RHODE ISLAND,<br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 13-442-JJM-PAS<br>)<br>)<br>)<br>) |

## ORDER

The Consent Decree (ECF No. 5) contemplated substantial compliance with all its provisions by the end of fiscal year 2024. *Id.* at 31. It also anticipated extensions ("unless this Consent Decree is otherwise . . . extended."). By way of a court-ordered Addendum (ECF No. 196), the Court ordered that the

> "jurisdiction of the Court will continue beyond the termination date of June 30, 2024 to allow for the following actions and benchmarks to be monitored through June 30, 2026 to ensure that the systems already in place that have been found to be in substantial compliance with the intent and goals of the Consent Decree continue and are positively impacting the lives of the individuals who are members of the Consent Decree population.

*Id.* at 7.

The Addendum concludes with a provision that if "compliance is insufficient, all parties will jointly meet with Judge McConnell to determine additional actions or consequences." *Id.* at 8.

Considering the Monitor's recent communications where he expresses concerns with implementation and impact of the current assessment process, implementation and impact of the independent facilitation process, the need to development a third

service model to address barriers encountered by many individuals in accessing Consent Decree mandated services, barriers encountered by youth in transition in accessing adult services and other issues that need to be addressed for the State to reach substantial compliance:

> The Court ORDERS the parties to show cause why the Court's compliance monitoring should not be extended to ensure a finding of substantial compliance in the near future. All submissions must be filed on or before April 30, 2026, after which the Court will set down a date and time to meet to discuss compliance with the monitoring goals.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____
John J. McConnell, Jr.
Chief Judge
United States District Court

March 18, 2026

2